LAWRENCE et al. v. McKELVEY et al. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by James V. Lawrence, individually, etc., and another, against John J. McKelvey and others. No opinion. Application to amend order granted.

LETSON v. LETSON et al. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Levi S. Letson against Joseph E. Letson and others. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

LEVETT, Appellant, v. POLHEMUS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Priscilla Levett against Horace G. Polhemus and John Crispe, individually and as executors, etc., and others. No opinion. Motion granted, and order signed.

LILKAS, Appellant, v. McGINNESS et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Mary E. Lilkas against Caroline A. McGinness and another. No opinion. Judgment unanimously affirmed, with costs.

LINDE, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Ada V. Linde, individually, etc., against the Manhattan Railway Company. S. Babcock, for appellant. J. C. Thomson, for respondent. No opinion. Judgment modified, by reducing the judgment for rental damage, interest, costs, and allowance, as entered, to the sum of $6,460.50, and, as so modified, affirmed, without costs to either party.

LITCHFIELD, Appellant, v. SISSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Edward H. Litchfield against George W. Sisson and James Liston. No opinion. Judgment unanimously affirmed, with costs, upon opinion of referee.

LITTAUER, Appellant, v. COLE, Respondent. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Lucius N. Littauer against John A. Cole. No opinion. Order unanimously affirmed, with costs.

L. KAHNER & CO., Respondent, v. A. COOLOT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by L. Kahner & Co. against A. Coolot Company. M. H. Ellison, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LONGUEMARE, Respondent, v. CUSLINSKIE, Appellant. (Supreme Court, Appellate Division. Second Department. March 13, 1903.) Action by Dana Longuemare against Anthony Cuslinskie. No opinion. Appeal withdrawn on consent.

LORD et al. v. MURCHISON. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Austin Lord and others against Kenneth M. Murchison. No opinion. Motion denied, with $10 costs.

LOVE v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by John Love, as, etc., against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the verdict, with costs.

LYON v. DENNE et al. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Charles H. Lyon, as trustee, against Minnie W. Denne, impleaded. No opinion. Motion denied, on payment of $10 costs.

McCABE, Respondent, v. TRECARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Peter McCabe against James W. Trecartin and Solon E. Turner. No opinion. Motion denied.